ERSKINE HEWITT, as Substituted Trustee under the Will of PETER COOPER, Deceased, et al., Respondents, *v.* THE FARMERS LOAN AND TRUST COMPANY, as Executor of PETER C. HEWITT, Deceased, et al., Respondents, and SARAH C. HEWITT et al., Appellants.

*Trusts — accounting — adjudication as to legitimacy of remainderman.*

*Hewitt* v. *Farmers' Loan & Trust Co.*, 218 App. Div. 838, affirmed.

(Argued June 9, 1927; decided July 20, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 7, 1927, unanimously affirming an interlocutory judgment entered upon the report of a referee adjudging that the infant respondent, Ann Cooper Hewitt, was the sole legitimate issue of Peter

Cooper Hewitt, deceased, and, therefore, entitled to the principal of the trust fund theretofore held by the trustee herein for the benefit of said Peter Cooper Hewitt with remainder subject to his appointment and in default thereof to his issue.

*Henry B. Closson* and *Milton C. Lightner* for appellants.

*Edward H. Blanc* and *Edward M. Cameron, Jr.*, for Ann Cooper Hewitt, respondent.

*Clarence J. Shearn* for Maryon J. Hewitt, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.